UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE STRINGER,

        Plaintiff,                       No. 12-CV-12124-DT

vs.                                       Hon. Gerald E. Rosen

MICHAEL LENNOX,

        Defendants.
_____/

## JUDGMENT

  At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on March 28, 2013

  PRESENT:   Honorable Gerald E. Rosen
                        United States District Chief Judge

      The Court having this date entered an Order adopting the Magistrate Judge's February 1, 2013 Report and Recommendation, granting Defendant Michael Lennox's Motion for Summary Judgment, and dismissing Plaintiff's Amended Complaint in its entirety, without prejudice, and being otherwise fully advised in the premises,

    NOW, THEREFORE,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is DISMISSED without prejudice.

                                  s/Gerald E. Rosen
                                  Chief Judge, United States District Court

Dated: March 28, 2013

**12-12124 Stringer v. Lennox**
**Judgment**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 28, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135